Edward N. Bell and Eloise C. Bell, Plaintiffs-Appellees, v. Thomas E. Highland, Defendant-Appellant.

Gen. No. 9,861. 

Vail, Mills & Armstrong, for appellant; Kenneth E. Evans, and George F. Limerick, for appellees; George F. Limerick, of counsel. Opinion by JUSTICE REYNOLDS. Not to be published in full. Opinion filed June 1, 1953; rehearing denied July 3, 1953; released for publication July 3, 1953.